IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00198-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6. PETER BARON

    Defendant.
_____

**PETER BARON MOTION PURSUANT TO EXCLUDE EXPERT TESTIMONY FROM LAW ENFORCEMENT OFFICERS DOUG PEARSON OR JEREMY SHEETZ AND REQUEST FOR A HEARING PURSUANT TO FRE 702**
_____

    Mr. Baron, by and through counsel, Lisa Fine Moses, hereby MOVES this Court pursuant to F.R.E. 702 for an Order excluding any and all opinion testimony of Government's proposed law enforcement officer experts on the Hells Angels Motorcycle Club, Doug Pearson and Jeremy Sheetz, and requests an evidentiary hearing be conducted to hear testimony and argument to support this motion, on the following grounds:

    Counsel for Mr. Guardiola conferred with AUSA Brian Dunn on behalf of all CJA counsel about the issues outlined within this request. AUSA Dunn objects to the motion and to the request for a hearing.

    Mr. Baron incorporates facts, exhibits and legal argument by reference in Defendant Jerome Guardiola's Motion to Exclude Expert Testimony from Law Enforcement Officers Doug Pearson or Jeremy Sheetz and Request for Hearing Pursuant to FRE 702 (Doc. # 317) filed by Jerome Guardiola.

/s/ Lisa Fine Moses
Lisa Fine Moses, #23181
5200 DTC Pkwy Suite 410
Greenwood Village, CO 80111
P: 720/644-5342
F: 720/489-3810
lisa@lfmdefense.com
Attorney for Peter Baron

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this Monday, April 17, 2023, a true and correct copy of the above and foregoing was filed with the CM/ECF filing system.

Brian Dunn
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0209
E-mail: brian.dunn@usdoj.gov

/s/ Jessica Hosler
LFM Defense
Paralegal